**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

IN THE BANKRUPTCY MATTER OF:

Magan Rose Haut

Debtor

Chapter 13 No.    12-83172

Judge    Thomas M. Lynch

## NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on November 7, 2017, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

/s/ Ross T. Brand

### Certificate of Service

The undersigned certifies that he served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. on November 7, 2017 with proper postage prepaid and on the other listed parties via ECF notification.

/s/ Ross T. Brand
Ross T. Brand ARDC# 6294886

Kluever and Platt, LLC
65 E. Wacker Pl., Ste. 2300
Chicago, IL 60601
(312) 201-6670
Our File #: SPSB.0473

**SERVICE LIST**

Magan Rose Haut
762 Brookview Drive
Byron, IL 61010

Lydia Meyer
Lydia Meyer - 13 Trustee
P.o. Box 14127
Rockford, IL 61105-4127

Robert P Follmer
Ostling & Associates, LTD
201 West Olive Street
Bloomington, IL 61701